FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★   SEP 16 2013   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:13-cv-02579-SJF-ARL |
| | ) | |
| v. | ) | Judge Feuerstein |
| | ) | |
| PHILLIP VECCHIONE, | ) | Magistrate Judge Lindsay |
| | ) | |
| Defendant. | ) | |

## Judgment

Under Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is entered in favor of the plaintiff United States of America and against the defendant Phillip Vecchione for unpaid income taxes, penalties, and interest for the years 2002, 2005, 2006, 2007, 2008, 2009, 2010, and 2011 in the total amount of $158,206.01, plus statutory additions accruing after September 13, 2013, including, but not limited to, interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c), until fully paid.

Date: Sept. 16, 2013

s/ Sandra J. Feuerstein
_____
SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE

10477497.1